## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **JAY ROBERT GOOLD,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **EP-19-CV-39-PRM** |
| **FERNANDO CASILLAS and** | § | |
| **BALMART TRANSPORT** | § | |
| **LLC d/b/a BTL CARRIER,** | § | |
| **Defendants.** | § | |

## FINAL JUDGMENT

On this day, the Court dismissed the above-captioned cause. The Court now enters Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Accordingly, **IT IS ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE** with each party to bear its own costs.

**IT IS FURTHER ORDERED** that all settings in this matter are **VACATED.**

**IT IS FURTHER ORDERED** that all pending motions in this cause, if any, are **DENIED AS MOOT**.

**FINALLY, IT IS ORDERED** that the Clerk shall **CLOSE** this case.

**SIGNED** this **22nd day** of **August, 2019.**

_____
**PHILIP R. MARTINEZ**
**UNITED STATES DISTRICT JUDGE**